# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DEONDRE WILLIAMS,

    Plaintiff,

vs.

ATF LAS VEGAS DIVISION, et al.,

    Defendants.

Case No. 2:14-cv-01013-RFB-CWH

**REPORT AND RECOMMENDATION**

  On August 24, 2017, the court entered an order requiring Plaintiff Deondre Williams to file an amended application to proceed *in forma pauperis* or to pay the filing fee in this case. (Order (ECF No. 12).) Plaintiff's deadline for doing so was September 22, 2017. (*Id.*) Plaintiff was advised that failure to comply with the order would result in a recommendation that his case be dismissed. (*Id.* at 2.) Plaintiff has not taken any action in this case since the court's order dated August 24, 2017.

  IT IS THEREFORE RECOMMENDED that Plaintiff Deondre Williams' case be dismissed without prejudice.

## NOTICE

  This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

  DATED: September 26, 2017

                  _____
                  **C.W. Hoffman, Jr.**
                  **United States Magistrate Judge**